UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REV. MARVIN AND VIRGINIA GORMAN | * | CIVIL ACTION NO. 06-7335 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: DUVAL |
| | * | |
| METROPOLITAN PROPERTY AND | * | MAGISTRATE: ROBY |
| CASUALTY INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and

that all of the claims asserted in this lawsuit are hereby dismissed, with prejudice, each party to

bear its own costs.

New Orleans, Louisiana, this ___21st___ day of _____February_____, 2008.

_____

Stanwood R. Duval, Jr.
United States District Judge

101130